September 06, 2015

To Whom it May Concern:

Dear Sir or Madam,

I, Dennis Brooks, Jr. #1675256, presently incarcerated in the Texas Department of Criminal Justice, am writing to inform your office that, as of July 17, 2015, I have been medically re-assigned to the, Estelle Unit 264 FM 3478 Huntsville, Texas 77320 from the Allen B. Polunsky Unit 3872 FM 350 South, Livingston, Texas 77351. Therefore, would you please, send and or return any and all information from your office, to or for me, at the Estelle Unit address in abovesaid.

In closing, in or about June 2015, I recently filed a nunc pro tunc motion regarding a time-credited resolution with the Harris County, Texas District Clerk's Office of, Chris Daniels, P.O. Box 4651 Houston, Texas 77210-4651. By the power vested within your office, it is also respectfully requested that the lower court 209th District Court of Harris County, Texas, Presiding Honorable Judge Michael McSpadden be made aware of this notification and request.

-Respectfully Submitted,

Dennis Brooks, Jr. #1675256

DENNIS BROOKS, JR.

ESTELLE UNIT 264 FM 3478

HUNTSVILLE, TEXAS 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

CC: FILE

dk